

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00371-CV

In the Estate of Mildred Elizabeth Thomas **EDWARDS**, Deceased

From the Probate Court No. 1, Bexar County, Texas
Trial Court No. 2010-PC-0827-A
Honorable Polly Jackson Spencer, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE MARTINEZ

In accordance with this court's memorandum opinion of this date, this appeal is REINSTATED on the court's docket and DISMISSED. *See* TEX. R. APP. P. 8.3(a); 42.1(a). Costs of appeal are taxed against appellant. *See* TEX. R. APP. P. 42.1(d).

SIGNED April 15, 2015.

_____
Karen Angelini, Justice